IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JEAN BROWN,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **Civil Action No.** |
| : | **5:07-cv-161(HL)** |
| **MACON-BIBB COUNTY PLANNING** : | |
| **& ZONING COMMISSION,** : | |
| : | |
| **Defendant.** : | |
| : | |

# ORDER

This Court entered an Order (Doc. 47) on May 4, 2009, directing the Defendant to file a supplemental brief in support of its Motion for Summary Judgment. The Court expressly stated that in that Order that "Plaintiff shall have ten (10) days from the filing of Defendant's supplement brief to file her supplemental response, which shall not exceed five (5) pages. <u>Defendant shall not file a supplemental reply, and the Court will not entertain a motion for leave to file one</u>." (Doc. 47 at 12.) Defendant apparently did not actually read the Court's Order because on June 4, 2009, it filed a supplemental reply to Plaintiff's supplemental response. Defendant's supplemental brief is hereby stricken from the record. Defendant's counsel should in the future read the Court's orders and follow the directions in them.

1

**SO ORDERED**, this the 10th day of June, 2009.

*s/  Hugh Lawson*
**HUGH LAWSON, Judge**

dhc